UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  
Lola F. Hollis

CASE NO. 17-02803-HAC-13

DEBTOR

## TRUSTEE'S MOTION TO INCREASE PLAN PAYMENTS

Daniel B. O'Brien, Trustee in this Chapter 13 proceeding, respectfully moves the Court for an order to **INCREASE** plan payments and would show as follows:

The plan payments are delinquent. It is necessary to increase plan payments for the time remaining to meet the base plan. Based on the Trustee's calculation, payments need to **INCREASE** from **$297.00** per month to **$313.00** per month.

WHEREFORE, the Trustee moves the Court for an order to **INCREASE** plan payments to **$313.00** per month.

DATED: April 12, 2019

/s/ Daniel B. O'Brien  
Daniel B. O'Brien  
CHAPTER 13 TRUSTEE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within 21 (twenty one) days of service of this motion. If an objection is not filed within the time permitted, the Court will assume that you do not oppose the granting of the motion, will consider the motion without a hearing, or may grant the relief requested in this motion. If an objection to this motion is timely filed, this Court will hold a hearing at Federal Building, 908 Alabama Ave., Second Floor, Selma, AL 36701 on 05/10/2019 at 9:00 am.

### CERTIFICATE OF SERVICE

I certify that on April 12, 2019, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY CLERK | Lola F. Hollis<br>P O Box 396<br>Uniontown, AL 36786 | C. Brandon Sellers<br>The Sellers Law Firm<br>401 East Commerce Street<br>P.O. Box 432<br>Greenville, AL 36037 |

/s/ Daniel B. O'Brien  
Daniel B. O'Brien  
CHAPTER 13 TRUSTEE